```
 1  JIM D. SMITH
    ATTORNEY AT LAW
 2  221 S. Second Avenue
    Yuma, Arizona  85364
 3  (928) 783-7809
    Attorney No. 2661
 4
    Attorney for Trustee
 5

 6

 7

 8              IN THE UNITED STATES BANKRUPTCY COURT

 9                  FOR THE DISTRICT OF ARIZONA

10  In Re:                           )   CHAPTER 7 CASE
                                     )   Case No. 0:14-bk-00111-BMW
11  MIGUEL M. BALDENEGRO and         )
    KELLY M. BALDENEGRO,             )
12                                   )
                Debtors.             )
13  _____)
    JIM D. SMITH, not individually   )   Adv. No. 0:17-ap-
14  but as Chapter 7 Bankruptcy      )
    Trustee,                         )
15                                   )
                Plaintiff,           )
16  vs.                              )   COMPLAINT FOR
                                     )   DECLARATORY JUDGMENT
17  NATIONSTAR MORTGAGE, LLC,        )
    a limited liability company, and,)
18  OCWEN LOAN SERVICING, LLC,       )
    a limited liability company,     )
19                                   )
                Defendants.          )
20  _____)
    PLAINTIFF ALLEGES:
21
                                I.
22
        That Plaintiff, Jim D. Smith, is a duly appointed, qualified
23
    and acting Chapter 7 Bankruptcy Trustee appointed to investigate and
24
    administer the Baldenegro Chapter 7 Bankruptcy Case.
25

26                                                         Page 1 of 4
```

II.

The Debtors, Miguel B. and Kelly M. Baldenegro ("Baldenegros"), filed this voluntary Chapter 7 Bankruptcy Case on January 6, 2014.

III.

That a non-exempt real property asset of the Baldenegro Estate was real property located in Parker, Arizona, generally described as:

    Address: 1116 W. 9th Street, Parker, AZ

    Legal: Parcel 7A, as shown on Record of Survey recorded at Fee No. 97-830, being a portion of Lots 7 and 8, Block 117 TOWN OF PARKER, according to Book 1 of Flats, page 50, record of Yuma (now La Paz) County, Arizona.

(Herein the "Baldenegro Property")

IV.

That the Baldenegro Property was sold by the Trustee, with Court Approval, on or about June 5, 2014.

V.

That prior to the sale of the Baldenegro Property, Defendant Ocwen Loan Servicing, LLC ("Ocwen"), was the owner and servicer of a Mortgage Loan secured by a Deed of Trust encumbering the Baldenegro Property ("Baldenegro Loan & Deed of Trust").

VI.

That in June 2015 for consideration and to settle disputes and litigation with the Trustee, Ocwen agreed to a full satisfaction and did execute a release of the Baldenegro Deed of Trust which had encumbered the Baldenegro Property. The release acknowledged full

payment of the Baldenegro Loan & Deed of Trust. A copy of the "Release and Reconveyance of Deed of Trust" executed by Ocwen and delivered to Plaintiff is attached hereto marked Exhibit "A".

VII.

That Ocwen, after making the agreement with the Trustee for the full satisfaction of the Baldenegro Loan & Deed of Trust and the signing a release of the Baldenegro Loan & Deed of Trust, it is believed that Ocwen then sold or transferred the Baldenegro Loan & Deed of Trust to Defendant Nationstar Mortgage, LLC ("Nationstar").

VIII.

Ocwen assigned the Baldenegro Loan & Deed of Trust to Nationstar without notification to Nationstar that Ocwen had agreed that the Baldenegro Loan & Deed of Trust had been paid in full and the Deed of Trust released.

IX.

That Nationstar has notified Plaintiff that Nationstar is the owner and servicer of the Baldenegro Loan & Deed of Trust.

WHEREFORE, Plaintiff (Bankruptcy Trustee) requests that this Court enter a Judgment declaring and clearly and finally establishing:

1. That the Baldenegro Loan & Deed of Trust have been paid, satisfied and released, and,

2. That Ocwen has no further interest in or claim to the Baldenegro Loan & Deed of Trust or any funds from the Baldenegro Bankruptcy Estate, and,

3. That the Baldenegro Loan & Deed of Trust has been assigned and transferred to Defendant Nationstar Mortgage and the Satisfaction and Release executed by Ocwen is binding upon Nationstar.

4. For such other and further relief as the Court may deem just and proper under the circumstances.

DATED: July 5, 2017

/s/ Jim D. Smith
Jim D. Smith

F:\MyFiles\baldenegro.miguel.adv.ocwen.complaint.wpd

Recording Requested By:
OCWEN LOAN SERVICING, LLC

When Recorded Return To:
LIEN RELEASE
OCWEN LOAN SERVICING, LLC
240 TECHNOLOGY DRIVE
IDAHO FALLS, ID 83401

## Release and Reconveyance of Deed of Trust

OCWEN LOAN SERVICING, L.L.C. #:7144236630 "BALDENEGRO"  Lender ID:12247  La Paz, Arizona PIF:

WHEREAS, the undersigned OCWEN LOAN SERVICING, LLC is the present beneficiary of that certain Deed of Trust further described as:

Trustor: MIGUEL M BALDENEGRO AND KELLY M BALDENEGRO
Original Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), (SOLELY AS NOMINEE FOR LENDER, RBMG, INC.) ITS SUCCESSORS AND/OR ASSIGNS
Dated: 01/27/2003 Recorded: 01/31/2003 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 2003-00466
In the County of La Paz State of Arizona

AND WHEREAS, the indebtedness secured by said Deed of Trust has been paid in full; NOW THEREFORE, the undersigned DOES HEREBY RECONVEY, without warranty, to the person or persons legally entitled thereto, the estate, title, and interest now held by it under said Deed of Trust in the said County, describing the land therein as more fully described in the said Deed of Trust.

OCWEN LOAN SERVICING, LLC
On _6-12-14_

By: _[signature]_
Ginamarie Herman,
Authorized Signer

STATE OF Iowa
COUNTY OF Black Hawk

On _6-12-14_, before me A ARNOLD Notary Public, personally appeared Ginamarie Herman, Authorized Signer, to me known to be the person(s) named in and who executed the foregoing instrument, and acknowledged that he/she/they executed the same as his/her/they voluntary act and deed.

WITNESS my hand and official seal,

_[signature]_
A ARNOLD
Notary Expires: 04/03/2018 #772396

A ARNOLD
COMMISSION NO.772396
MY COMMISSION EXPIRES
APRIL 3, 2018

EXHIBIT "A"

(This area for notarial seal)